Richard L. Long, Plaintiff-Appellant, v. Anthony L. Schmieg, Ralph W. Snyder, and City of Highland Park, a Municipal Corporation, Defendants-Appellees.

Gen. No. 11,636.

Second District, First Division.
December 4, 1962.
Rehearing denied January 10, 1963.

Anthony Haswell, of Chicago, for appellant; Thomas H. Compere, Corporation Counsel, of Highland Park (Berle L. Schwartz, Assistant Corporation Counsel, of counsel), for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.